

# HILL RIVKINS LLP

45 Broadway, Suite 1500, New York, NY 10006-3793
Tel: 212 669-0600   Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

*Via ECF*

September 25, 2020

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re: IINA v. YRC, Inc.
                    Docket No,: 1:20-cv-01145-VSB
                    Our Ref.: 34282-JAS/BDK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Judge Cave:

      We represent Plaintiff in the captioned action and submit this joint letter together with counsel for defendant YRC, Inc.

      A settlement conference is currently scheduled for September 29, 2020, at 10:00 a.m. However, in view of current circumstances and changeover of personnel at plaintiff's Insured, the parties have not completed party depositions and anticipate them being completed in the next two weeks. Expert discovery is then set to be completed. As this case has developed, the packing of the cargo in question has become an issue and experts appear to be necessary to aid in resolution. Expert discovery is currently set for completion on November 20.

      The parties believe a settlement conference would be more productive after the completion of expert discovery and, therefore, respectfully request that the settlement

NEW JERSEY
102 South Broadway
South Amboy, NJ 08879-1708
Tel: 732 838-0300  Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Tel: 713 222-1515  Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com

Honorable Sarah L. Cave
United States Magistrate Judge
September 25, 2020
P a g e | 2

conference scheduled for September 29 be adjourned to the week of November 23 or as soon thereafter as the Court's schedule permits.

We thank the Court for its consideration of the foregoing request.

Respectfully submitted,

HILL RIVKINS LLP

James A. Saville, Jr.

Cc:  *Via Email*
Price, Meese, Shulman & D'Arminio, P.C.
Attorneys for Defendant
Attn: Thomas C. Martin, Esq.

> The parties' Letter-Motion (ECF No. 16) is GRANTED. The Settlement Conference is adjourned to **Wednesday, November 25, 2020, at 2:00 pm** with submissions due by **Thursday, November 19, 2020**. The Clerk of Court is respectfully directed to close ECF No. 16.
>
> SO-ORDERED 9/25/2020
>
> SARAH L. CAVE
> United States Magistrate Judge

